

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00426-CV

VALTON EASON AND TERESA EASON, Appellants

V.

DEUTSCHE BANK NATIONAL TRUST, Appellee

Appeal from the 61st District Court of Harris County.   (Tr. Ct. No. 2012-08619).

**TO THE 61ST DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 9th day of December 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on March 1, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellants, Valton Eason and Teresa Eason, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 9, 2014.

Panel consists of Justices Keyes, Sharp, and Huddle.   Opinion delivered by Justice Sharp.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

February 20, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

